# Court of Appeals
# of the State of Georgia

ATLANTA,  January 10, 2019

*The Court of Appeals hereby passes the following order:*

### A19A1031.  STANLEY LEWIS v. ATLANTA COMMUNITIES REAL ESTATE BROKERAGE.

Plaintiff Atlanta Communities Real Estate Brokerage filed suit against Defendant Stanley Lewis in magistrate court, seeking the recovery of a commission payment in a real estate transaction. The magistrate court found in favor of Plaintiff and Defendant appealed to state court. The state court also entered judgment in favor of Plaintiff, and Defendant then filed this direct appeal. We, however, lack jurisdiction.

Here, because the state court's order involved the de novo appeal of a magistrate court decision, Defendant was required to follow the discretionary appeal procedures to obtain this Court's review. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). Defendant's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/10/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*